UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal Number: 08-176 (SRC) |
| PATRICK CAMPBELL | : | CONTINUANCE ORDER |

This matter having come before the Court on the application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney, appearing), and Patrick Campbell (by his attorney, Dennis McAlevy, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for 45 days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of the defendant's appearance before a judicial officer of this Court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant is in the process of applying for the Pretrial Diversion Program, and time is necessary to allow for the submission, review, and evaluation of his application by the United States and the United States Pretrial Services Office, District of New Jersey; and

(2) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 15 day of December, 2008

ORDERED that the proceedings in the above-captioned matter are continued for a period of 45 days from December 15, 2008 through January 29, 2009;

IT IS FURTHER ORDERED that the period from December 15, 2008 through January 29, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. STANLEY R. CHESLER
United States District Judge

Anthony Moscato
Assistant U.S. Attorney

Dennis McAlevy, Esq.
Counsel for Patrick Campbell