2006R00951/am

|  |  |  |
|---|---|---|
|  |  | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal Number: 08-176 (SRC) |
| PATRICK CAMPBELL | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey, hereby dismisses Count Fourteen of the Superseding Indictment, Criminal Number 08-176 (SRC), against defendant Patrick Campbell, which Superseding Indictment was filed on June 25, 2008, charging him with embezzlement of a labor union's funds and assets, in violation of Title 29, United States Code, Section 501(c) and Title 18, United States Code, Section 2 because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

*/s/ Ralph J. Marra, Jr.*
_____
RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

*/s/*
_____
HON. STANLEY R. CHESLER
United States District Judge

Date: 2/10/09